Marie F. Sweeney, respondent,

*v.*

Grant Silk Manufacturing Company, Incorporated, appellant.

[Decided October 2d, 1936.]

*Mr. Edward F. Merrey,* for the respondent.

*Mr. Barnett Berr,* for the appellant.

Per Curiam.

The decree order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *119 N. J. Eq. 321,*

*For affirmance*—The Chief-Justice, Trenchard, Parker, Lloyd, Case, Bodine, Heher, Perskie, Hetfield, Dear, Wells, WolfsKeil, Rafferty, Cole, JJ. 14.

*For reversal*—None.